UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CIV-80682-DIMITROULEAS

RGF ENVIRONMENTAL GROUP,
INC.,

Magistrate Judge Snow

    Plaintiff,

v.

ACTIV TEK ENVIRONMENTAL
CORPORATION, a foreign corporation,
ECOQUEST INTERNATIONAL, INC.,
a foreign corporation, ECOQUEST
PRINTING AND GRAPHICS, INC., and
MICHAEL JACKSON,

    Defendants.
_____/

**FINAL JUDGMENT FOR THE PLAINTIFF**

    THIS CAUSE is before the Court upon the non-jury trial before the Court held on Monday, July 27, 2009, through Thursday, July 30, 2009, and the Findings of Fact and Conclusions of Law separately entered today.  Accordingly it is **ORDERED AND ADJUDGED** as follows:

    1.    Judgment is hereby entered on behalf of Plaintiff, RGF Environmental Group, Inc., against Defendant activTek Environmental Corporation on Count I, against Defendant Michael Jackson on Count II, and against Defendants activTek Environmental Corporation, EcoQuest International, Inc., and EcoQuest Printing and Graphics, Inc. on Count VII;

    2.    Plaintiff shall recover an award of $11,628.00 in damages from Defendants activTek Environmental Corporation and Michael Jackson on Counts I and II, and

        $22,947.39 from Defendants activTek Environmental Corporation, EcoQuest International, Inc., and EcoQuest Printing and Graphics, Inc. on Count VII;

3. Defendants activTek Environmental Corporation and Michael Jackson, their agents, employees, successors, assigns, and all other persons acting in concert with or affiliated with them, are hereby permanently enjoined and restrained from copying, reproducing, manufacturing, duplicating, disseminating, distributing, or otherwise using any unauthorized copies of the Home Study Course, and from otherwise infringing on RGF's copyrights on the Home Study Course that is the subject of Plaintiff's Verified Amended Complaint [DE 27];

4. Defendants activTek Environmental Corporation, EcoQuest International, Inc., and EcoQuest Printing and Graphics, Inc., their agents, employees, successors, assigns and all other persons acting in concert with or affiliated with them are hereby permanently enjoined and restrained from copying, reproducing, or using the Turbozone and Turbozone 7000 marks, and from using marks confusingly similar to those marks;

5. Judgment is hereby entered on behalf of Defendant Michael Jackson on Count VII, and on behalf of Defendants Michael Jackson, activ Tek Environmental Corporation, EcoQuest International, Inc., and EcoQuest Printing and Graphics, Inc. on Count IX;

6. Any remaining pending motions are hereby **DENIED AS MOOT**;

7. The Clerk is hereby directed to close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of January, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record