UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-CIV-80682-DIMITROULEAS

RGF ENVIRONMENTAL GROUP,
INC.,

                 Magistrate Judge Snow

  Plaintiff,

v.

ACTIV TEK ENVIRONMENTAL
CORPORATION, a foreign corporation,
ECOQUEST INTERNATIONAL, INC.,
a foreign corporation, ECOQUEST
PRINTING AND GRAPHICS, INC., and
MICHAEL JACKSON,

  Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Plaintiff's Bill of Costs [DE 166] and the Report and Recommendation of Magistrate Judge Lurana S. Snow, dated July 21, 2010 [DE 190]. The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed. As no timely objections were filed, any factual findings by the Magistrate Judge in the Report are hereby adopted and deemed incorporated into this opinion. LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises. In the Bill of Costs of February 26, 2010, Plaintiff listed several costs including court reporter fees, copies, and fees to

1

the Tennessee Secretary of State. [DE 166]. In the Defendants' Response of the same date, Defendants objected to the copies because they were not specified, and to the fees to the Tennessee Secretary of State because no explanation was given and receipts for only half of those fees were provided. [DE 173]. Defendants later, in a Reply to their own Motion for Attorney's Fees, objected to some of the court reporter fees, arguing that they were services for the convenience of counsel. [DE 188]. In the Report and Recommendation, the Magistrate Judge considered the Defendants' arguments concerning the court reporter fees because they were meritorious. The Magistrate Judge found that court reporter fees should be reduced. She also concluded that the Plaintiff did not adequately support its claims for the copies and for the Tennessee Secretary of State fees. Plaintiff did not object to these findings.

We agree with the Magistrate Judge that Plaintiff's claims for costs on copies and on fees to the Tennessee Secretary of State are not properly supported, and that the costs for the court reporter fees should be reduced. We also agree with the Magistrate Judge that Plaintiff is otherwise entitled to the costs listed in their Bill of Costs.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 190] is hereby **ADOPTED**;

2. Plaintiff's Bill of Costs [DE 166] is hereby **GRANTED in part**;

3. Plaintiff RGF Environmental Group, Inc. shall recover from the Defendants Activ Tek Environmental Corporation, EcoQuest International, Inc., EcoQuest Printing and Graphics, Inc., and Michael Jackson the amount of $10,262.59 for costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of August, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge Snow

Counsel of record